UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: TRAVELERS COVID-19 BUSINESS
INTERRUPTION PROTECTION
INSURANCE LITIGATION  MDL No. 2965

ORDER TO SHOW CAUSE

As directed by the Panel in its order granting the motion for reconsideration in MDL No. 2942 – *In re COVID-19 Business Interruption Protection Insurance Litigation*, all parties in the actions listed on Schedule A are ordered to show cause why these actions should not be transferred to a single district for consolidated or coordinated pretrial proceedings under 28 U.S.C. § 1407. Any party that wishes to file a response to this order must file a Notice of Appearance by **August 24, 2020**, and the response by **August 31, 2020**. Any replies to those responses are due no later than **September 4, 2020**.[1] No party may file more than one reply (*i.e.*, if replying to more than one response, the party must filed a consolidated reply with a limit of ten pages). IT IS SO ORDERED.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

---

[1] To ensure consideration of this matter at the Panel's next hearing session on September 24, 2020, the Panel is expediting the briefing deadlines set forth in Panel Rule 8.1.

IN RE: TRAVELERS COVID-19 BUSINESS
INTERRUPTION PROTECTION
INSURANCE LITIGATION                                      MDL No. 2965

# SCHEDULE A

Central District of California

TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA v. GERAGOS
    AND GERAGOS, C.A. No. 2:20–03619
MARKS ENGINE COMPANY NO. 28 RESTAURANT, LLC v. TRAVELERS
    INDEMNITY COMPANY OF CONNECTICUT, ET AL, C.A. No. 2:20–04423
G & P HOSPITALITY, LLC v. THE TRAVELERS COMPANIES, INC.,
    C.A. No. 2:20–05148

Northern District of California

MUDPIE, INC. v. TRAVELERS CASUALTY INSURANCE COMPANY OF
    AMERICA, C.A. No. 4:20–03213

Eastern District of Missouri

GLENN R. EDWARDS, INC., ET AL. v. THE TRAVELERS COMPANIES, INC.,
    ET AL., C.A. No. 4:20–00877

District of New Jersey

J.G. OPTICAL, INC. v. THE TRAVELERS COMPANIES, INC., C.A. No. 2:20–05744

Southern District of New York

SERVEDIO v. TRAVELERS CASUAL INSURANCE COMPANY OF AMERICA,
    C.A. No. 1:20–03907

Eastern District of Pennsylvania

ERIC R. SHANTZER, DDS v. TRAVELERS CASUALTY INSURANCE COMPANY
    OF AMERICA, ET AL., C.A. No. 2:20–02093

Northern District of Texas

SALUM RESTAURANT LTD. v. THE TRAVELERS INDEMNITY COMPANY,
    C.A. No. 3:20–01034

-A2-

Southern District of Texas

FROSCH HOLDCO, INC., ET AL. v. THE TRAVELERS INDEMNITY COMPANY,
    ET AL., C.A. No. 4:20–01478

Western District of Washington

NGUYEN v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
    C.A. No. 2:20–00597
FOX v. TRAVELERS CASUALTY COMPANY OF AMERICA, C.A. No. 2:20–00598
HSUE v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
    C.A. No. 2:20–00622
KASHNER v. TRAVELERS INDEMNITY COMPANY OF AMERICA,
    C.A. No. 2:20–00625
BATH v. TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,
    C.A. No. 3:20–05489